UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,  :

   - v. -  :

HECTOR TOLENTINO, and  :
ERICKSON HERNANDEZ ALMONTE,  :
  a/k/a "Melo,"  :

    Defendants.  :

- - - - - - - - - - - - - - - - - - - X

20 CR 007 (DLC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2020

Upon the application of the United States, by and through Assistant United States Attorney Jacob R. Fiddelman, it is hereby ORDERED that this matter is continued to January 10, 2020 at 12:30 p.m. and that the time between the date of this Order and January 10, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, because it will permit defense counsel to effectively represent their clients by appearing for an initial conference and will permit the parties to continue their ongoing plea discussions.

Dated:   New York, New York
    January 3 , 2020

_____
THE HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE