UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2020

UNITED STATES OF AMERICA

v.

HECTOR TOLENTINO, and
ERICKSON HERNANDEZ ALMONTE,
a/k/a "Melo,"

Defendants.

**PROTECTIVE ORDER**

20 Cr. 007 (DLC)

Upon the application of the United States of America, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Assistant United States Attorney Jacob R. Fiddelman, of counsel, for an order limiting the dissemination of any and all discovery produced in connection with the above-captioned case (the "Discovery"), which contains sensitive information of third parties, it is hereby ORDERED that:

1. Discovery shall not be disclosed by the defendants or defense counsel, including any successor counsel ("defense counsel") other than as set forth herein, and shall be used by defense counsel and the defendants solely for the purpose of defending this criminal action.

2. The defendants and defense counsel are precluded from disseminating the disks containing the Discovery, and any and all printouts and/or digital versions of the Discovery (and any copies and/or screenshots) to anyone beyond the defendants, defense counsel, investigative, secretarial, clerical, and paralegal personnel employed full-time or part-time by the defendants' counsel, independent expert witnesses, investigators, or advisors retained by the defendants' counsel in connection with this action, and other prospective witnesses and their counsel, to the extent deemed necessary by defense counsel, for hearing or trial preparation, and such other persons as hereafter may be authorized by the Court upon motion by the defendants.

3.  The defendants and defense counsel are precluded from using any disks containing the Discovery, and any and all printouts and/or digital versions of the Discovery (or any copies or screenshots) for any purpose other than hearing or trial preparation in the above-captioned criminal case.

4.  The defendants and defense counsel must destroy or return the disks containing the Discovery, and any and all printouts and/or digital versions of the Discovery (including all copies), at the conclusion of the trial of this matter or when any appeal has terminated and the judgment has become final.

[Remainder intentionally blank]

5. The provisions of this Order shall not terminate at the conclusion of this criminal prosecution, and the Court will retain jurisdiction to enforce this Order following termination of the case.

Dated: New York, New York
January 6, 2020

GEOFFREY S. BERMAN
United States Attorney
for the Southern District of New York

By: _____
Jacob R. Fiddelman
Daniel G. Nessim
Assistant United States Attorneys

COUNSEL FOR
HECTOR TOLENTINO

By: /s/ Damien M. Brown
Damien M. Brown, Esq.

COUNSEL FOR
ERICKSON HERNANDEZ ALMONTE

By: _____
Stephen Turano, Esq.

SO ORDERED:

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTICT JUDGE

1/10/20

3